## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | : | |
| *Plaintiff,* | : | |
| | : | |
| | : | |
| v. | : | CIVIL NO. 25-3637 |
| | : | |
| HIGHWAY MATERIALS, LLC f/k/a | : | |
| HIGHWAY MATERIALS, INC., *et al.*, | : | |
| *Defendants.* | : | |
| | : | |

## ORDER

**AND NOW**, this **17th** day of **February 2026**, upon consideration of Defendant, Highway Materials, LLC's Motion to Dismiss (the "Defendant's Motion") (ECF No. 15), Plaintiff's Response in Opposition to Defendant, Highway Materials, LLC's Motion to Dismiss (ECF No. 16), Defendants Corson Lime Company and United States Lime & Minerals, Inc.'s Response to Highway Materials, LLC's Motion to Dismiss (ECF No. 17), Defendant, Highway Materials, LLC's Reply to Plaintiff's Opposition (ECF No. 20), Defendant, Highway Materials, LLC's Reply to Corson Lime Company, and United States Lime & Minerals Inc.'s Opposition (ECF No. 21), it is hereby **ORDERED** that Defendant's Motion (ECF No. 15) is **GRANTED** in part and **DENIED** in part.  The claims are decided as follows:

1. Count I (Nuisance) will proceed to discovery.

2. Count II (Negligence) will proceed to discovery.

3. Count III (Negligence Per Se) is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff is granted leave to file an Amended Complaint within seven (7) days, by **February 24, 2026**.  Thereafter, Defendants shall file an answer or responsive pleading within twenty-one (21) days after service of the Amended Complaint.

If Plaintiff does not file an Amended Complaint on or before **February 24, 2026**, Defendant Highway Materials, LLC shall file an answer to Plaintiff's Complaint (ECF No. 1) on or before **March 10, 2026**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

2