**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NORFOLK SOUTHERN RAILWAY COMPANY,** *Plaintiff,* | : | |
| **v.** | : | **CIVIL NO. 25-3637** |
| **HIGHWAY MATERIALS, LLC f/k/a HIGHWAY MATERIALS, INC., *et al.*,** *Defendants.* | : | |

## ORDER

**AND NOW**, this **14th** day of **October 2026**, upon consideration of Plaintiff's Motion for Entry of a Final Judgment by Default Against NOSROC Corp. f/k/a G. & W.H. Corson, Inc. (the "Motion") (ECF No. 90), and after finding that there is no just reason for delay, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 90) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

**A FINAL JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Norfolk Southern Railway Company, and against Defendant NOSROC Corporation f/k/a/ G. & W.H. Corson, Inc., severally, in the total amount of $2,110,915.27.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**